JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND DAMON SMITH,<br><br>              Plaintiff,<br><br>        v.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, a component of the U.S. DEPARTMENT OF JUSTICE,<br><br>              Defendants. | No. CV 07-04259 CAS (JCx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    Plaintiff Raymond D. Smith and Defendant United States Department of Justice, Drug Enforcement Administration ("Defendant"), having stipulated, and good cause appearing therefore, it is HEREBY ORDERED that:

    1.    Plaintiff's action shall be dismissed with prejudice; and

    2.    Each party shall bear its own fees and costs.

DATED: August 26, 2011

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant